# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128032

REBECCA BAHAR, TODD COOK,
DEMITRIOUS ECONOMIDES, SHERRY
KAYE, DOROTHY OWEN, JAMES RAMEY,
RYCUS FLOOR COVERING, INC., STEVE
SPIEGEL, and SUMMIT HOSPITALITY, INC.,
           Plaintiffs-Appellants,

v

AMERITECH MICHIGAN,
           Defendant-Appellee.

SC: 128032
COA: 249263
Ingham CC: 03-000122-CB

_____/

On order of the Court, the application for leave to appeal the January 4, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

d0919